# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | 4:19-PO-05092-JTJ |
| --- | --- |
| Plaintiff, | |
| vs. | **ORDER** |
| SCOTT BARTON, | |
| Defendant. | |

The Defendant filed a Motion to the Court to allow defendant to appear by telephone. Therefore:

IT IS HEREBY ORDERED Defendant in this matter may appear telephonically for the Change of Plea hearing set for September 12, 2019 at 9:00 a.m. Defense council will contact the Clerk of Court for the call-in information.

DATED this 9th day of September, 2019

John Johnston
United States Magistrate Judge