# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>vs.<br>SCOTT BARTON,<br>　　　　　　Defendant. | PO-19-5092-GF-JTJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the change of plea hearing is RESET for October 3, 2019 at 9:00 a.m. at the Missoula River Federal Courthouse, Great Falls, Montana.

DATED this 11th day of September, 2019

_____
John Johnston
United States Magistrate Judge