# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | PO-19-5092-GF-JTJ |
| **Plaintiff,** | VIOLATIONS:<br>**7354401**<br>**7354402** |
| vs. | **7354403** |
| **SCOTT S. BARTON,** | **7354404**<br>**7354405** |
| **Defendant.** | **Location Code: M13**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $1090 ($600 fine and a $30 processing fee for violation number 7354401, and a $200 fine and $30 processing fee for each of the following violation numbers: 7354403 and 7354404). The total fine amount will be paid in full on or before April 3, 2020. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that violation number 7354401 is amended to reflect the defendant has plead guilty to "unsafe operation of a motor vehicle" in violation of 36 C.F.R. § 4.22(b)(1), and violation numbers 7354402 and 7354405 are DISMISSED.

IT IS FURTHER ORDERED that the defendant shall enter into and complete the Montana Assessment, Course, and Treatment Program or a similar program in the state of defendant's residency.

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for October 3, 2019, is VACATED.

DATED this 1st day of October, 2019.

John Johnston
United States Magistrate Judge